In the Matter of EDWARD V. YOUNG, Alias ALBERT BRANDT, Petitioner, against PAUL D. MCGINNIS et al., Constituting the Correction Department of the State of New York, Respondents.— Motion for leave to prosecute appeal as a

poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel granted and Miss Frances Kahn, upon her own consent, is assigned as counsel for petitioner. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.